✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
2:34 pm, Nov 25 2026
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY JM Deputy



1:26-mj-3206-CDA

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT & ARREST WARRANT**

I, Calista Walker, a Special Agent with the Federal Bureau of Investigation (FBI), Baltimore Division, Baltimore, Maryland, being duly sworn, depose and state as follows:

**PURPOSE OF THE AFFIDAVIT**

1. This affidavit is submitted in support of a criminal complaint and arrest warrant for Joseph Edward Murray ("**MURRAY**"), born in September 26, 1990, for violations of Title 18 U.S.C. Section 2251(a) (attempted production of child pornography), Title 18 U.S.C. Section 2252A(a)(2) (distribution of child pornography), Title 18, U.S.C., Section 2252A(a)(5)(B) (possession of child pornography), Title 18 U.S.C. Section 2261A (cyberstalking), and Title 18 U.S.C. Section 1462 (importation or transportation of obscene materials), (the "**TARGET OFFENSES**"). Based on the facts set forth in this affidavit, there is probable cause to believe that **MURRAY** has committed the **TARGET OFFENSES**.

2. The statements in this affidavit are based in part on information and reports provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received from other law enforcement agents, Special Agents of the FBI, and on my experience and background as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning the investigation.

**AGENT BACKGROUND**

3. I have been a Special Agent with the FBI since October 2010. I currently am assigned to the Maryland Child Exploitation Task Force (MCETF). I primarily investigate federal violations concerning child pornography and the sexual exploitation of children. I have gained

experience through training, in seminars, classes, and daily work related to these types of investigations. I have participated in the execution of numerous search warrants, of which the majority have involved child exploitation and/or child pornography offenses. Many of the child exploitation and/or child pornography search warrants resulted in the seizure of computers, cell phones, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws, including various sections of 18 U.S.C. § 2251, 2252, and 2252A involving child exploitation offenses. I also have participated in the execution of numerous search warrants for online accounts, such as email accounts, online storage accounts, and other online communication accounts related to child exploitation and/or child pornography. In the course of my employment with the FBI, I have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in many forms of media, including computer media and within online accounts.

4. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## PROBABLE CAUSE

*2024 AAPD Tip*

5. On or about December 17, 2024, a female, identified as Witness 1came to the Anne Arundel County Police ("AAPD") Station Northern District, located at 939 Hammonds Lane, Brooklyn, Maryland. Witness 1 reported an incident of possible Child Sexual Abuse Material (CSAM), commonly referred to as Child Pornography. At the time of the report, Witness 1 resided at 404 Oak Grove Rd, Linthicum, Maryland with her boyfriend of five (5) years, **MURRAY**. Witness 1 indicated that she observed some abnormal behavior with **MURRAY** as it pertained to

his cell phone and computer usage. Believing that he was cheating on her, Witness 1 accessed[1] **MURRAY's** cellular phone, identified as a black Samsung cellphone, while he was at work, attempting to locate the source of her concerns.

6. While accessing **MURRAY's** cellular telephone, Witness 1 reported that she observed a large quantity of concerning images and videos in a secure gallery folder on the device. The images showed numerous pictures of teenage and child aged males and females, both clothed, nude, and in sexual positions. Witness 1 explained that she did not recognize these children, other than one, who she identified as one of the females that **MURRAY** tutors in physics. She did not provide an age for this female.

7. Witness 1 handed the cellular telephone, unlocked and opened to the folder, to an AAPD police officer; he observed multiple images of unknown young females engaged in various sporting activities and poses. Additionally, the officer observed multiple images of small children that he recognized as being under the age of 10-12 years of age, nude, in sexual positions, exposing their genitals. The officer also observed videos of young children engaged in various sexual acts with themselves and what appeared to be adults, to include manual penetrations and cunnilingus. At this point, the examination was discontinued and the device was seized. The officer examined the device for approximately three (3) minutes before securing it and placing it in AAPD custody. The entire encounter with Witness 1 was recorded on body worn camera.

8. Additionally, Witness 1 also brought and turned over to AAPD a gray Apple Laptop that she reported as belonging to **MURRAY**. Witness 1 advised that **MURRAY** was the sole user

[1] Witness 1 knew the passcode (624666) to open the device and knew the passcode (6246) to open the secure folder.

of both devices. Witness 1 advised it was normal for **MURRAY** to leave his personal cellphone at the residence when going to work.

9. The AAPD officer documented this encounter, wrote a report, and advised his chain of command. The cell phone and laptop were secured in evidence.

*March 2025 FBI Tip*

10. On March 27, 2025, Witness 2 submitted a tip to the National Threat Operations Center (NTOC) and reported that an unknown subject was creating AI images of her minor daughter, ("MINOR VICTIM") (born in 2008), depicting MINOR VICTIM nude and including personal identifying information within the images.

11. During an interview with the FBI, Witness 2 stated that the original images used to expose her daughter were images taken from Witness 2's Facebook account[2]. Witness 2 believed the person responsible for exposing her daughter was likely someone known to the family because the taken images were only shared or viewable with "friends only," and her account was private.

12. Following the posts of MINOR VICTIM and her personal identifying information, MINOR VICTIM, throughout March 2025, received numerous phone calls, text messages, and voicemails from individuals Witness 2 and MINOR VICTIM did not know. An unidentified individual text messaged and stated, "[MINOR VICTIM's] info was posted on Slutboard[3] by a classmate. Her pics contained her address, phone number, other social account, parents, brothers fb information. I didn't post, repost, blackmail or harass anyone."

13. Based on your Affiant's training, knowledge, and experience, Sluts Board is an online platform for quick, temporary exhibitionism.

---

[2] The original images that were posted were neither sexual nor did they contain nudity.

[3] Website is sltboard.space, also known as Sluts Board, moto being "Where exposure meets respect and responsibility".

14. In October 2025, MINOR VICTIM was contacted through her LinkedIn account by unidentified user "carrot undefined." That user wrote, "Hello, im here to talk about some pictures." MINOR VICTIM did not reply, and the situation was reported to the FBI.

*March 2026 Harassment*

15. On March 26, 2026, Witness 2 contacted AAPD to report that she had become aware of more manufactured nude images of MINOR VICTIM that were emailed to Witness 2 on Facebook Messenger by an unknown subject. In a later interview with law enforcement, Witness 2 advised that after her March 2025 report to the FBI, the anonymous calls, texts, and "approaches" from online sources had stopped but started again recently.

16. Witness 2 further advised that on March 26, 2026, she received an email to her work account, which had six (6) attachments from the website "exxxposed.net" and that they included her personal information, her name, address, and place of work. Due to the content Witness 2 previously received, she did not open the attachments because it was a work account. Witness 2 described the attachment to be similar to previous attachments from "exxxposed.net", that included MINOR VICTIM, nude, interspersed with her personal identifying information.

17. Witness 2 advised that she believes the individual making these images is getting them from her Facebook page and that the pictures of MINOR VICTIM were from when she was between 14 and 17 years old.

18. Based on your Affiant's training, knowledge, and experience, exxxposed.net is a internet-based, adults only service, built around voluntary self-uploads that is often used to upload images of individuals along with their personal identifying information.

*May 2026 Hidden Cameras*

19. On or about May 14, 2026, residents of Witness 2's home discovered three (3)

cameras disguised as USB wall plug adapters in their home. One of the cameras was found inside MINOR VICTIM's bedroom, attached to a charger for an electronic picture frame. Witness 2 reported that on or about May 4, 2026, **MURRAY**, a longtime family friend, had gifted the picture frame and its charger to MINOR VICTIM. One of the cameras was located inside of Witness 2's bathroom and the remaining camera was located in Witness 2's bedroom. The residents who found the USB cameras removed the SD cards from each camera and viewed the footage, which contained images or captures of them within the residence undressing and using the restroom. They also observed images of **MURRAY** manipulating the camera as he was installing it within their home. The SD card also contained what appeared to be older videos of **MURRAY** inside his own home. The residents called AAPD, who responded to the home and seized the USB cameras and SD cards. Residents at the home positively identified **MURRAY** via an MVA photograph and confirmed **MURRAY** had been in the residence earlier that day.

20. On or about May 20, 2026, the Honorable Michael Malone of the Circuit Court for Anne Arundel County authorized search warrants for the Samsung cell phone and Apple Laptop provided to AAPD by Witness 1 in December 2024.

21. On or about May 22, 2026, the Honorable Thomas F. Casey, of the Circuit Court for Anne Arundel County, issued a search warrant for the items seized from Witness 2's home on May 14, 2026.

22. Members of law enforcement reviewed footage from the items seized at Witness 2's home, and observed multiple individuals recorded in the bedrooms and bathroom of the residence. At least one of the recorded residents was a minor male under the age of 16, recorded in the bathroom of the home. The seized devices also had footage of **MURRAY** utilizing a cellphone to manipulate the cameras when he installed them.

23. Law enforcement conducted interviews with Witness 2 and her family (three children including MINOR VICTIM). Witness 2 advised that she has known **MURRAY** for over a decade. While they have never been involved in a romantic relationship, **MURRAY** has been a close friend of the family, had access to the children and their home, and "helped [her] through some of her darkest days…"

24. Law enforcement used motor vehicle administration (MVA) records to confirm **MURRAY**'s residence at 404 Oak Grove Road, Linthicum Heights, Maryland 21090. On or about May 23, 2026, and May 25, 2026, an AAPD detective conducted surveillance near **MURRAY**'s residence. On multiple occasions, the detective observed a vehicle registered to **MURRAY** parked in the driveway of the residence.

25. On or about May 26, 2026, the Honorable Danielle M. Mosley, of the District Court for Anne Arundel County, issued a search warrant for: **MURRAY**'s residence; **MURRAY**'s vehicle with Maryland tag 1GA9674; and **MURRAY**'s person. During the search of **MURRAY**'s residence, multiple evidence items were seized to include digital devices such as cellphones, computers, laptops, USB charging plugs containing hidden cameras and SD cards.

26. Law enforcement obtained a subpoena for exxxposed.net. Results of the subpoena included responsive records that identified posts associated with MINOR VICTIM that had a "created date" throughout May 2026. For example, the records showed posts with data:

a. Created UTC: 2026-05-07 18:06:01.045 UTC there was a post on exxxposed.net with Title: "[MINOR VICTIM FIRST NAME] Fucked (Unconfirmed)" with Description: "Everyone's favorite slut dicked down for all to see"

b. Created UTC: 2026-05-25 14:55:23.306 UTC with Title: "Any new [MINOR

VICTIM FIRST NAME] pics?" with Description: "Anyone got anything new?"

c. Created UTC: 2026-05-10 21:03:09.194 UTC with Title: "Happy Mothers Day Mrs [Witness 2's last name]!" with Description: "Thanks for raising [MINOR VICTIM FIRST NAME] to be a slut just like her mommy!"

d. Created UTC: 2026-05-11 15:28:07.459 UTC with Title: "[MINOR VICTIM FIRST AND LAST NAME] exposed again" with Description: "Fucking whore deserves this"

e. Created UTC: 2026-05-22 15:00:30.918 UTC with Title: "Whore Mothers raise Slut Daughters" with Description: "[MINOR VICTIM FIRST NAME] and [Witness 2's first and last name], Generational Whores"

27. Witness 2 reported that **MURRAY** had purchased her a gift card for Mother's Day on or about May 10, 2026.

*Additional Investigation*

28. Following the execution of the search warrant on the two items that Witness 1 turned over to AAPD in December 2024, AAPD's Forensic Service provided a digital forensic report summarizing the extraction of the Samsung Galaxy S24. The Samsung Galaxy S24 had two (2) user accounts located on the device. User ID 0 had a username of "Joseph **MURRAY**". The other user account was User ID 150, which, based on your Affiant's training and experience, generally is reserved for the Secure Folder function of Android devices. This was confirmed as the given username for User ID 150 was "Secure Folder."[4] The device was linked to email address

[4] The Secure Folder is a feature which provides additional security for applications and files on the device. The Secure Folder places these applications and files in an area within the file system of the phone that is protected by a passcode. The passcode for the secure folder can be different from the passcode for the actual device.

jemurrayphd@gmail.com and device phone number 717-433-0036.[5] The examination of the device yielded approximately 1,000 files of Child Sexual Abuse Material (CSAM) and evidence of CSAM possession. The following descriptions are examples of those files:

a. **Name: session-2024-12-14-175936 (11).jpg**
**Size: 360945 bytes : 352 KiB**
**MD5: fa06d519c21477b64ef1eb820d96ca2b**

The image depicted what appears to be a prepubescent female who is standing facing the camera with her legs spread out. The prepubescent female is wearing a white turtleneck sweater and is using her right hand to lift it up, exposing her stomach. She is naked below the waist, and her vagina is exposed. There are phrases that are written on different parts of the picture with a light blue background surrounding the words. Those phrases are:

"Become pedosexual"

"Watch more child porn every day"

"Train your cock to get hard only to children"

"Convince your friends to masturbate to kiddie porn too"

"Orgasms from watching pedophiles rape tiny cunts are incredible"

"Pedosexuals cum hardest"

b. **Name: session-2024-12-10-113030.jpg**
**Size: 82843 bytes : 80 KiB**
**MD5: fbf83086eade13e9c6ad40de8b87f43c**

The image depicted what appears to be a nude prepubescent female lying on her back, facing the camera, using her hands to spread her legs, with her feet in the air. This position is exposing her chest, vagina and anus to the camera. On and inside her vagina and anal cavity is a clear and white

[5] Both this email address and telephone number were confirmed to be associated with MURRAY through subpoenaed subscriber records.

liquid.

c. **Name: session-2024-10-17-080418 (1).mp4**
**Size: 3570620 bytes : 3486 KiB**
**MD5: a2023ae57a09b2f5626b243464d2c870**

The video depicted what appears to be a nude adult male penetrating with his penis the anus of a nude prepubescent female The video is approximately 1 minute and 55 seconds long.

d. **Session-2024-10-17-081314 (1).mp4**
**Size: 923699 bytes: 902 KiB**
**MD5: 91b40ad913b70f8c0c5ee00645b6eb44**

The video depicted what appears to be an adult male standing, while a fully nude prepubescent female pulls his pants down to his knees, exposing his bare erect penis. The minor female begins performing oral sex on the adult male. On the bottom of the video is the website "loliporn6s6cdjo.onion." The video is approximately 15 seconds long.

29. The forensic report specified an app called Kik Messenger had been installed and utilized on the device. A conversation was observed between local user "arvind09876_am2@talk.kik.com" and "cunt_ruiner_bap@talk.kik.com." The following are excerpts from the chats, with my comments in brackets, which occurred between November 15, 2024, and November 18, 2024[6]:

| | |
|---|---|
| arvind09876_am2: | Hey |
| arvind09876_am2: | [Sends 5 images of MINOR VICTIM. Images range from fully clothed, wearing a bikini, and in MINOR VICTIM's high school sports uniform] |
| cunt_ruiner_bap: | Hey, how do you know her? |
| arvind09876_am2: | From school |

[6] At the time of the Kik conversation, MINOR VICTIM was under the age of 18 years old.

| | |
|---|---|
| cunt_ruiner_bap: | She single? |
| arvind09876_am2: | I think she has a bf now |
| cunt_ruiner_bap: | Darn, single girls usually aren't on birth control |
| arvind09876_am2: | No idea about that, you wanna rape a baby into her |
| cunt_ruiner_bap: | I do, she's more likely to look like she's making it up that way |
| arvind09876_am2: | Hot |
| arvind09876_am2: | Her mom is a hot milf too |
| arvind09876_am2: | [Sends 5 images of MINOR VICTIM's mother, Witness 2, and MINOR VICTIM and Witness 2 together] |
| arvind09876_am2: | Her name is [Witness 2's first name] |
| cunt_ruiner_bap: | Address? |
| arvind09876_am2: | [Provides MINOR VICTIM's home address] |
| cunt_ruiner_bap: | Who lives at home? |
| arvind09876_am2: | Them and her little bro afaik dad lives somewhere else |
| cunt_ruiner_bap: | [MINOR VICTIM's first name] ever home alone? |
| arvind09876_am2: | Probably before and after school but idk for sure |
| cunt_ruiner_bap: | Ok, anything I shouldn't do to her? |
| arvind09876_am2: | Lmao like what? |
| cunt_ruiner_bap: | Cutting off a nipple |
| arvind09876_am2: | Damn bro you hardcore |
| arvind09876_am2: | Idgaf bout her tho, long as you can take some pics and vids you can do whatever fucked up shit you want |

| | |
|---|---|
| cunt_ruiner_bap: | Perfect, I want her on my cock as I hurt her tight body |
| arvind09876_am2: | Hot af |
| arvind09876_am2: | Gonna talk her a little first? |
| cunt_ruiner_bap: | Yes, maybe fake a delivery to see how she reacts |
| arvind09876_am2: | Nice |
| arvind09876_am2: | Fuck I would love to see you rape and torture her |
| cunt_ruiner_bap: | If it goes well, I'll record something |
| arvind09876_am2: | Fuck yea |
| arvind09876_am2: | When you gonna try to go to her house? |
| cunt_ruiner_bap: | Not sure yet. You still see her in class? |
| arvind09876_am2: | Yea some days |
| cunt_ruiner_bap: | How does she act? |
| arvind09876_am2: | Bubbly and happy all the time, a little annoying lol |
| cunt_ruiner_bap: | Message me when that changes |
| arvind09876_am2: | Mmmmm can't wait … you gotta tell me when you do it though I wanna think about it while it happens |
| cunt_ruiner_bap: | No advanced warning |
| arvind09876_am2: | Ok ok that's fair Ig |
| arvind09876_am2: | Should at least send a pic of her house sometime if you end up stalking a bit lmao |
| cunt_ruiner_bap: | maybe |
| arvind09876_am2: | You ever rape before [Sends 1 picture of MINOR VICTIM and unknown female] |

| | |
|---|---|
| cunt_ruiner_bap: | She'll be so much fun |
| arvind09876_am2: | To hurt especially [Sends 1 picture of MINOR VICTIM and unknown females] |
| cunt_ruiner_bap: | Those tits the most |
| arvind09876_am2: | You really gonna cut her? |
| arvind09876_am2: | More i think about it the hotter it gets [Sends 1 picture of MINOR VICTIM with unknown female] |
| cunt_ruiner_bap: | Yup, those nipples |
| arvind09876_am2: | You gotta try to get that on video the scream would be amazing |
| cunt_ruiner_bap: | The fear before it too |
| arvind09876_am2: | Yess i wanna see the bitch transform from the [MINOR VICTIM's first name] I know into a screaming piece of rape meat. |
| cunt_ruiner_bap: | I'll run the razor across her chest and tell her if she's not wet when I enter her, I carve her tit |
| arvind09876_am2: | [Sends 1 picture of MINOR VICTIM in a bikini] |
| cunt_ruiner_bap: | She loves showing off |
| arvind09876_am2: | Def [Sends 1 picture of MINOR VICTIM with unknown female] |
| cunt_ruiner_bap: | She slutty? |
| arvind09876_am2: | No is actually real innocent and kinda prude |
| cunt_ruiner_bap: | Good |

| | |
|---|---|
| arvind09876_am2: | Would you do it in her house or would you take her somewhere? |
| cunt_ruiner_bap: | Take her to a warehouse |
| arvind09876_am2: | Mmm nice |
| arvind09876_am2: | You could rape her for days |
| arvind09876_am2: | She would be a very different girl when you let her go…[Sends 1 picture of MINOR VICTIM and unknown female in a sports uniform] |
| arvind09876_am2: | [Sends a picture of a hand holding a bare, erect penis, with a photo of MINOR VICTIM behind the penis] |
| arvind09876_am2: | Lots of strangers want to fuck her |

30. Another conversation between December 16, 2024, and December 17, 2024, was located between local user "arvind09876_am2" with an account identified as ESP user ID "codyj2277_wb4." In the conversation "codyj2277_wb4" claimed to be a former boyfriend of MINOR VICTIM and discussed in detail, sexualized events between himself and MINOR VICTIM, with "arvind09876_am2." User "arvind09876_am2" solicited more details and used MINOR VICTIM by name.[7]

31. On or about October 30, 2026, the Honorable Chelsea J. Crawford, United States Magistrate Judge, United States District Court for the District of Maryland, issued a search warrant for devices and items seized during AAPD's residential, vehicle, and person search warrant. The items are currently in custody with the FBI.

*FBI's Review of Evidence*

[7] At the time of the Kik conversation, MINOR VICTIM was under the age of 18 years old.

32. On or about November 13, 2026, the FBI forensically examined the Samsung Galaxy cellular telephone that was seized from **MURRAY'S** residence. The phone is identified as: Device name: Joseph's S25+, MSISDN: +17174330036.

33. Your Affiant located multiple video clips depicting what appeared to be short videos from a camera in a bedroom. One of these videos is identified as DOG003-028986-XUSCS_2026-05-06_21-47-37.mp4, Exif create date of 5/7/2026, depicted white dressers, a white and grey rug, and partial view of a bed with pink bedding. A cat walks across the room and two individuals are partially observed laying on the bed. The bedroom in this video belongs to MINOR VICTIM.

34. During the course of the forensic examination, your Affiant observed an application called Teleguard. Based on your Affiant's training, knowledge, and experience, Teleguard is a data-secure, end-to-end encrypted messenger from Swisscows which is a web search engine based out of Switzerland.

35. Your Affiant located communications on the Teleguard App between "SD" (identified within the App as "owner," aka MURRAY) and "Amun RA." During a conversation that occurred on or about February 6, 2026, **MURRAY** (owner/ SD) appeared to send three (3) videos of CSAM to user "Amun_RA." The thumbnails of these suspected CSAM videos were observed on the device as well as one video that depicted what appears to be a minor female performing oral sex on an adult male. MURRAY sent the videos after a request to get an invite to a Teleguard group. Based on your Affiant's training, knowledge, and experience, traders of CSAM often require individuals to prove they have access to member's CSAM and are not law enforcement by sending videos their own CSAM. The following are excerpts from the chat, with my comments in brackets:

Amun_RA: Post 3 vid here to get inv

And 3 different on group upon entry

MURRAY: Three thumbnail video files sent.

[The first thumbnail sent depicted a naked prepubescent female sitting back on one leg with her other left spread apart, exposing her vagina. Second thumbnail sent depicted a minor female holding a bare penis with her hand and her mouth touching the bare penis Third thumbnail sent depicted a minor female performing oral sex on a naked adult male.]

Amun_RA: Added

36. Further review of the Samsung device revealed 48 files that contain CSAM including but not limited to the following files:[8]

a. Video file name: Session-Video_2026-03-19-181337.mp4, is approximately 3 minutes and 5 seconds long, depicted a naked prepubescent female laying naked on her back. A naked adult female is spreading the minor's legs apart and licking the minor's vagina. At some point, the adult female spreads apart the minor's legs and the camera zooms in on the minor's exposed genitals.

b. Video file name: Session-Video_2026-03-19-162108.mp4, is approximately 1 minute and 18 seconds, depicted a naked prepubescent female laying on her back, performing oral sex on an adult male. The adult male is digitally penetrating the minor female's vagina.

[8] The review still is ongoing.

37. In the forensic examination of the Custom Desktop Computer seized from **MURRAY**'s workshop, your Affiant located saved images of suspected Animal Crushing (before and after photographs of incidents)[9] located in the same gallery as AI generated CSAM and "tribute photographs" (images of young females, including MINOR VICTIM, on a device screen with what appears to be an erect penis poised in masturbatory fashion beside it). These animal crushing images included the following:

a. Image with MD5: FC4A1408CFD7A3613EF16159E341CEAB, depicted a white cat, laying on its back with all four legs tied in a star fish position. Next to the cat are two pairs of scissors and standing above the cat is a woman wearing white high heels, red underwear and red and black bra. The woman is wearing a blue surgical mask and white gloves.

b. Image with MD5: 48A89AE99830EDA8AA78B4A6AE3A1E51, depicted a small puppy laying on its back, being crushed by a women wearing black high heels. The left heel is pressing on the puppy's face while the left heel is pressing on the puppy's body. The woman is sitting, wearing a blouse and black skirt that is pulled up. The woman is wearing stockings with her legs spread, showing her vagina.

c. Image with MD5: E5EDD35FC8715A16A010967D4D1E8975, depicted an unknown animal, laying on its back under a piece of wood with a hole cute into it. The animal's genitals are through the hole, and being prodded with an object and the individual seen in the image is wearing black high heels.

[9] Your Affiant located an application on MURRAY'S Samsung telephone called VK, a Russian online social media platform. In this app, MURRAY, during July 2025, asks a member for Animal Crush videos and indicates ability to pay using cryptocurrency.

d. Image with MD5: 253F841FA47F08CC425EB6CCE44276D9, depicted a small dark colored puppy laying on its side with its paws bound together. An individual is pressing their foot down on the neck area of the puppy. The puppy appears to have something tied around its neck and is being held by the person in the image.

38. Further review of the computer revealed approximately 160 files that contain CSAM including but not limited to the following files:[10]

a. Image with MD5: 13FAB13AE8CBA6F5B2F53DCB5FDEBE56, depicted an infant laying on their back. An adult male is straddling the infant and put their penis in the infant's mouth.

b. Image with MD5: E08C53336CFDB1536CE7B5ED14C276EE, depicted a prepubescent female, laying on her arms and knees with her butt in the air facing the camera, exposing her bare vagina. The prepubescent female's hands and feet are bound together.

**CONCLUSION**

39. Based on all of the information contained herein, your affiant believes there is probable cause to believe that Joseph Edward **MURRAY** has committed violations of Title 18 U.S.C. Section 2251(a) (attempted production of child pornography), Title 18 U.S.C. Section 2252A(a)(2) (distribution of child pornography), Title 18, U.S.C., Section 2252A(a)(5)(B) (possession of child pornography), Title 18 U.S.C. Section 2261A (cyberstalking), and Title 18 U.S.C. Section 1462 (importation or transportation of obscene materials).

[10] The review is ongoing.

I therefore respectfully request that the Court issue a criminal complaint charging him with the TARGET OFFENSES.

40. I affirm under penalty of perjury that the facts and circumstances outlined in this affidavit are true and accurate to the best of his knowledge and belief.

Respectfully submitted,

Calista L Walker

Calista L. Walker
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me over the telephone pursuant to Fed. R. Crim. P. 4.1 on this 25th day of November, 2026

Honorable Charles D. Austin
United States Magistrate Judge